IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGINALD BLEDSOE,            )
                             )
     Petitioner,             )
                             )
     v.                      )   Civil Action No. 04-1475
                             )   Judge Lancaster
JEFFERY BEARD, *et al.*,     )   Magistrate Judge Caiazza
                             )
                             )
     Respondents.            )

### MEMORANDUM ORDER

Reginald Bledsoe's Petition for Writ of Habeas Corpus was received by the Clerk of Court on September 24, 2004, and was referred to United States Magistrate Judge Francis X. Caiazza for a Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation, filed on December 9, 2005, recommended that the Petition for Writ of Habeas Corpus filed by Reginald Bledsoe should be denied and that a certificate of appealability should be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on the Petitioner by First Class United States Mail and on the Respondents. Objections were filed by the Petitioner on January 19, 2006. After *de novo* review of the pleadings and documents in the case, together with the Report

and Recommendation and the objections thereto, the following order is entered:

AND NOW, this __19th__ day of __Jan__, 2006;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Reginald Bledsoe is denied and it is ORDERED that a certificate of appealability is denied.

The Report and Recommendation of Magistrate Judge Caiazza, dated December 9, 2005, is adopted as the opinion of the court.

_____
Gary L. Lancaster
United States District Judge

cc:
Paul R. Gettleman, Esq.
R.D. 2
Box 327
Portersville, PA 16051

Rusheen R. Pettit
Asst. D.A.